U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

OCT 24 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA     ACTION NO. 2:03-cr-20044

VS.     JUDGE RICHARD T. HAIK SR.

JOHNNY JOSEPH GREEN     MAGISTRATE JUDGE C. MICHAEL HILL

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's second and successive motion to vacate filed pursuant to 28 U.S.C. § 2255 by Johnny Joseph Green is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24th day of October, 2014.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE