UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:03-CR-20044 |
| | * | 2:14-CV-02785 |
| | * | |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| | * | |
| | * | |
| JOHNNY JOSEPH GREEN | * | MAGISTRATE JUDGE KAY |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 98] of the Magistrate Judge previously filed herein, after a *de novo* review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that the government's Motion to Dismiss [Doc. No. 94] is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the defendant's Motion to Vacate, Set Aside, or Correct Sentence [Doc. No. 89] filed pursuant to 28 U.S.C. § 2255 is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction as an unauthorized successive § 2255 motion. The defendant may pursue authorization from the Fifth Circuit to file a successive § 2255 motion on his own, if he so chooses.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the defendant's Motion to Appoint Counsel [Doc. No. 96] is **DENIED**.

Monroe, Louisiana, this 13th day of April, 2018.

*Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE